

# Court of Appeals

## First District of Texas

### BILL OF COSTS

No. 01-13-00962-CV

**Bosheng Wen**

v.

**Stewart Lin**

NO. 2013-28916 IN THE 234TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 01/13/2015 | PAID | ANT |
| MT FEE | $10.00 | 03/27/2014 | E-PAID | APE |
| STATEWIDE EFILING | $20.00 | 02/13/2014 | PAID | ANT |
| FILING | $175.00 | 02/13/2014 | PAID | ANT |
| MT FEE | $10.00 | 02/03/2014 | E-PAID | ANT |
| CLK RECORD | $281.00 | 12/30/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $511.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the

First District of Texas, this June 26, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT